JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT L. LAWRENCE,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>JAMES ROBERTSON, Warden,<br><br>　　　　　Respondent. | Case No. 2:19-cv-08213-SP<br><br>**JUDGMENT** |

　　　Pursuant to the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus filed contemporaneously with the filing of this Judgment,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 29, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SHERI PYM
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE